IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>STEVEN L. MASCHMEIER,            )<br>                                 )<br>            Defendant.           )<br>                                 )<br>                                 ) | 4:05CR3057<br><br>ORDER |

IT IS ORDERED:

Plaintiff's motion to continue trial, filing 7, is granted and trial is continued to 9:00 a.m., August 10, 2005 for a duration of two days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge