IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3057 |
| v. | ) | |
| | ) | |
| STEVEN L. MASCHMEIER, | ) | ORDER |
| | ) | |
| Defendant. | | |

IT IS ORDERED:

1. An evidentiary hearing on defendant Maschmeier's motion to suppress evidence, filing 9, will be held before the undersigned on August 24, 2005 at 1:00 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The hearing is scheduled for a duration of two hours. In the event counsel believe additional time is or may be necessary, they should contact my courtroom deputy as soon as practicable.

2. Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least two working days prior to the hearing.

3. The trial of this case, as pertains to ALL defendants, is continued until further order of the court following resolution of outstanding motions.

Dated August 2, 2005

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge