IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3057 |
| vs. ) | |
| ) | ORDER |
| STEVEN L. MASCHMEIER, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the plaintiff's Motion for Extension of Time, filing 12.

The Court, being duly advised in the premises, finds that the Motion should be granted. The plaintiff is given until August 15, 2005 to file a response to the defendant's Motion to Suppress Evidence and Request for Evidentiary Hearing and Oral Argument.

Dated this 5th day of August, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge