```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3057 |
| v. | ) | |
| | ) | |
| STEVEN L. MASCHMEIER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

For the reasons announced from the bench at the conclusion of the hearing on the defendant's motion to suppress,

IT IS ORDERED:

1. The motion to suppress evidence, filing 9, is denied in all respects.

2. Jury trial is set to commence at 9:00 a.m., September 21, 2005 for a duration of two trial days before the undersigned magistrate judge in Courtroom #2, Robert V. Denney United States Courthouse and Federal Building, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge