```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>STEVEN L. MASCHMEIER,　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　　　) | 4:05CR3057<br><br>ORDER |

   IT IS ORDERED:

   Defendant's motion to travel out of state, filing 20, is granted and defendant is allowed to leave Nebraska on September 29, 2005 to travel to Las Vegas, Nevada for vacation and to return to Nebraska on or before October 2, 2005.

   DATED this 22nd day of September, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge